MORGAN, LEWIS & BOCKIUS, LLP
John S. Battenfeld, (SBN 119513)
John.battenfeld@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Fax: (213) 612-2501

Kathryn M. Nazarian (SBN 259392)
Kate.nazarian@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Fax: (415) 442-1001
*Attorneys for Defendants*

JERRY D. UNDERWOOD, STATE BAR NO. 202874
LAW OFFICES OF JERRY D. UNDERWOOD, A.P.C.
*junderwood@jdulaw.com*
8141 East Kaiser Boulevard, Suite 120
Anaheim Hills, CA 92808
Telephone: (714) 998-9802
Fax: (714) 998-9812

MARCELO A. DIEGUEZ, STATE BAR NO. 221951
DIEFER LAW GROUP, P.C.
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: (949) 260-9131
*Attorneys for Plaintiff*

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET PETERS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BARRY-WEHMILLER DESIGN GROUP, INC., a Missouri Corporation; DESIGN GROUP FACILITY SOLUTIONS, INC., a New Hampshire Corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. 2:18-cv-03265-R-JEMx <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** <br><br> **[F.R.C.P.41]** |

LAW OFFICES OF
JERRY D.
UNDERWOOD
ANAHEIM HILLS

ORDER REGARDING DISMISSAL

DB2/ 35011997.1

# ORDER

Pursuant to the Joint Stipulation for Order Dismissing Entire Action With Prejudice filed by Plaintiff, IT IS HEREBY ORDERED that the above-entitled action is voluntarily dismissed with prejudice in its entirety, and the Court approves the settlement and release of claims under the Fair Labor Standards Act. Each party to bear its own costs.

Dated: October 1, 2018

_____
Hon. Manuel L. Real
United States District Judge

LAW OFFICES OF
JERRY D.
UNDERWOOD
ANAHEIM HILLS

DB2/ 35011997.1

2

ORDER REGARDING DISMISSAL